No. 634. HIDALGO COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 7 ET AL. *v.* HEDRICK ET AL. C. A. 5th Cir. Certiorari denied. *Sawnie B. Smith* for petitioners. *H. H. Rankin, Jr.* for respondents.

No. 648. LEEPER ET AL. *v.* CHARLOTTE PARK AND RECREATION COMMISSION ET AL. Supreme Court of North Carolina. Certiorari denied. *Robert L. Carter, Thurgood Marshall* and *Spottswood W. Robinson, III* for petitioners. *Frank Thomas Miller, Jr.* for Barringer, respondent.

No. 21, Misc. TURCICH, ADMINISTRATRIX, *v.* LIBERTY CORPORATION. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman, Charles Lakatos* and *Joseph Weiner* for petitioner. *John D. M. Hamilton* for respondent.

No. 313, Misc. UNITED STATES EX REL. TOUHY *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. *Robert B. Johnstone* and *Howard B. Bryant* for petitioner.

No. 273, Misc. LEE *v.* JACKSON, WARDEN. Court of Appeals of New York. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 39. MITCHELL, SECRETARY OF LABOR, *v.* KING PACKING Co., *ante,* p. 260. Rehearing denied.